IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:18-cr-119-SI |
| v. | **ORDER** |
| **FREDRIC RUSSELL DEAN**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Defendant Fredric R. Dean, age 41, was convicted of possession of an unregistered firearm. For that crime, he currently is serving a sentence of 51 months imprisonment at the Federal Correctional Institution at Sheridan, Oregon ("FCI Sheridan"). Mr. Dean has a scheduled release date of August 21, 2023. On June 10, 2020, the Court denied Mr. Dean's Motion to Reduce Sentence. ECF 67. On July 2, 2020, Mr. Dean filed his Second Motion to Reduce Sentence. ECF 68.

When the Court denied Mr. Dean's original motion to reduce sentence, FCI Sheridan had no confirmed cases of COVID-19. ECF 67 at 10. As of August 13, 2020, the Bureau of Prisons ("BOP") reports that FCI Sheridan currently has two inmates testing positive for COVID-19. *See https://www.bop.gov/coronavirus/* (lasted visited August 13, 2020). Considering all relevant

factors, this change is insufficient to justify the extraordinary relief that Mr. Dean seeks. The Court DENIES Defendant's Second Motion to Reduce Sentence (ECF 68).

**IT IS SO ORDERED.**

DATED this 13th day of August, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge