IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:18-cr-119-SI |
| v. | **ORDER** |
| **FREDRIC RUSSELL DEAN**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Defendant Fredric R. Dean, age 41, was convicted in 2019 of possession of an unregistered firearm, a short-barreled rifle. For that crime, he is currently serving a sentence of 51 months imprisonment at the Federal Correctional Institution at Sheridan, Oregon (FCI Sheridan). That sentence will be consecutively followed by a 24-month sentence for violating the terms of his supervised release arising from an earlier conviction in 2014 of felon in possession of a firearm. The Bureau of Prisons (BOP) has scheduled Mr. Dean's release date to be August 21, 2023.

On June 10, 2020, the Court denied Mr. Dean's first Motion to Reduce Sentence. ECF 67. On August 13, 2020, the Court denied Mr. Dean's second Motion to Reduce Sentence. ECF 77. When the Court denied Mr. Dean's first motion, FCI Sheridan had no confirmed cases

PAGE 1 – ORDER

of COVID-19. ECF 67 at 10. When the Court denied Mr. Dean's second motion, FCI Sheridan had two inmates testing positive for COVID-19. ECF 77 at 1.

On January 13, 2021, Mr. Dean filed his third Motion to Reduce Sentence, again based on COVID-19. ECF 78. Mr. Dean's third motion is now before the Court. As of February 28, 2021, the BOP reports *no inmates* at FCI Sheridan are currently testing positive for COVID-19. *See* https://www.bop.gov/coronavirus/ (lasted visited February 28, 2021).

The Court DENIES Defendant's Third Motion to Reduce Sentence (ECF 78).

**IT IS SO ORDERED.**

DATED this 1st day of March, 2021.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – ORDER